UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>FRANCISCO GAMALIEL BAHENA, SR.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-31774<br><br>Chapter: 13<br>Honorable Janet S. Baer |

### ORDER ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

THIS CAUSE coming on to be heard on the Debtor's MOTION TO MODIFY CHAPTER 13 PLAN, the Court being fully advised in the premises:

IT IS SO ORDERED:

The Debtor's Confirmed Chapter 13 Plan is amended to add an additional paragraph in Section G of the Confirmed Chapter 13 Plan as follows: "The real estate taxes referred in Section E(3.1)(a-e) in the total amount of $192,310.75 relates to PINs 16-26-101-013-0000, 16-26-101-035-0000, 16-26-101-036-0000 for the tax years 2007, 2008, 2009, 2010, 2011 and 2012. The $192,310.75 relates to all amounts owed to the County of Cook/Cook County Treasurer/Cook County Clerk for tax years 2007, 2008, 2009, 2010, 2011 and 2012 for PINs 16-26-101-013-0000, 16-26-101-035-0000, 16-26-101-036-0000."

Enter:

/s/ Janet S. Baer

United States Bankruptcy Judge

Dated: 6/18/15

**Prepared by:**
PAUL M. BACH
SULAIMAN LAW GROUP, LTD
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523
630-575-8181