B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–31774
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Francisco Gamaliel Bahena Sr.
   aka Francisco G. Bahena, aka
   Francisco G. Bahena Sr., ...
   2301 South Pulaski
   Chicago, IL 60623

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5183

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>July 24, 2015</u>         <u>Jeffrey P. Allsteadt, Clerk</u>
                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-31774-JSB
Francisco Gamaliel Bahena, Sr.                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez               Page 1 of 2              Date Rcvd: Jul 24, 2015
                              Form ID: b18w              Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2015.
```
db             +Francisco Gamaliel Bahena, Sr.,    2301 South Pulaski,    Chicago, IL 60623-3045
20850894       +Brim Motor Mart,    327 Kilpatrick Avenue,    Wilmette, IL 60091-2953
20850898       +CCA/CDS,    Po Box 46101,    Las Vegas, NV 89114-6101
20850897       +Catalina Del Vega,    8060 Piute Trail,    Tinley Park, IL 60477-7898
20850901       +Cook County Clerk,    69 W. Washington, Suite 500,    Chicago, IL 60602-3030
20850906       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
20850905       +EOS CCA,    PO Box 439,    Norwell, MA 02061-0439
20850904       +Elizabeth J. Flamm Roth IRA,    20 North Clark Street, Suite 2200,    Chicago, IL 60602-5113
20850907        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20850908       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20850910       +FNA ELM A, LLC,    5750 Old Orchard Road, Suite 420,    Skokie, IL 60077-1061
20850911       +FNA ELM LLC,    5750 Old Orchard Road, Suite 420,    Skokie, IL 60077-1061
20850912       +FNA ELM LLC,    120 N. LaSalle Street, 29th Floor,    Chicago, IL 60602-2937
20850909       +Fine Michael D,    131 S. Dearborn,    Chicago, IL 60603-5571
20850913       +Heller Shapiro Frisone,    33 N. Lasalle,    Chicago, IL 60602-2866
20850914       +IL Dept of Healthcare & Family Services,    Division of Child Support Services,    PO Box 19152,
                 Springfield, IL 62794-9152
21395714        IL Dept of Healthcare and Family Services/MRU,    P O Box 19405,    Springfield, IL 62794-9405
20850915       +Illinois Child Support,    Hfs/Attn: Bankruptcy/Mail Drop: 509-4-42,    509 S 6th Street,
                 Springfield, IL 62701-1809
20850916       +Law Offices Flamm Teibloom, & Stanko Ltd,    20 North Clark Street, Suite 2200,
                 Chicago, IL 60602-5113
20850917       +Loyola University Health System,    2160 S First Avenue,    Maywood, IL 60153-3328
20850918       +Loyola University Medical Center,    PO Box 4866,    Oak Brook, IL 60522-4866
20850919       +Luis Rodriguez,    3035 N. Central Park Avenue,    Chicago, IL 60618-6639
20850920       +Macneal Hospital,    3249 S Oak Park Avenue,    Berwyn, IL 60402-0715
20850923       +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
20850924        Maria Artega,    6700 S. Ridgeway,    Chicago, IL 60649
20850925       +Marisol Campos,    5000 S. Lawler Avenue,    Chicago, IL 60638-2111
20850926       +Matthew A. Flamm Roth IRA,    20 North Clark Street, Suite 2200,    Chicago, IL 60602-5113
20905788       +Mc Coy Auto Parts Inc.,    2301 S. Pulaski Road,    Chicago, IL 60623-3045
20850927       +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
20850928       +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
                 Oak Brook, IL 60523-8852
20850929       +Pensco Corporate Office,    PO Box 7576,    San Francisco, CA 94120-7576
20850930       +Pensco Trust,    717 17th Street, Suite 2200,    Denver, CO 80202-3308
20850931      #+Raul Garcia,    4030 S. Oak Park Avenue,    Berwyn, IL 60402-4439
20850932        Rosario Cibella Ltd.,    116 N. Chicago Street, Suite 600,    Joliet, IL 60432-4234
20850933       +SST/Cigpfi Corp,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
20850934       +Stephen G. Deely,    First National Assets LLC,    120 N. LaSalle Street, 29th Floor,
                 Chicago, IL 60602-2937
20850935       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20850936       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20850891       +EDI: AFNIRECOVERY.COM Jul 25 2015 00:23:00     Afni, Inc.,    1310 MLK Drive,   P.O. Box 3517,
                 Bloomington, IL 61702-3517
20850892       +EDI: BANKAMER2.COM Jul 25 2015 00:23:00     Bank Of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
20850893       +E-mail/Text: mmeyers@blittandgaines.com Jul 25 2015 00:59:40     Blitt & Gaines, P.C.,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
21269604       +EDI: STFC.COM Jul 25 2015 00:28:00     CACH ,LLC,    4340 S. MONACO STREET ,2ND FLOOR,
                 DENVER, CO 80237-3485
20850900        EDI: CITICORP.COM Jul 25 2015 00:23:00     Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21054559        EDI: CAPITALONE.COM Jul 25 2015 00:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
20850895       +EDI: AIS.COM Jul 25 2015 00:28:00     Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
20850896       +EDI: CAPITALONE.COM Jul 25 2015 00:28:00     Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
20850899       +EDI: CHASE.COM Jul 25 2015 00:23:00     Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
21192737       +E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2015 00:59:48     Cigpf I Corp,
                 C/O Nco Financial Systems, Inc.,    Po Box 4941,    Trenton, NJ 08650-4941
21264604       +EDI: JEFFERSONCAP.COM Jul 25 2015 00:28:00     Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999,
                 Orig By: At&T Mobility
20850902       +E-mail/Text: rod.support@cookcountyil.gov Jul 25 2015 00:59:26     Cook County Clerk,
                 118 N. Clark Street,    Chicago, IL 60602-1394
20850903       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 25 2015 00:58:47
                 Cook County Treasurer's Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
```

```
District/off: 0752-1          User: dgomez               Page 2 of 2            Date Rcvd: Jul 24, 2015
                              Form ID: b18w              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
20886754      +EDI: TSYS2.COM Jul 25 2015 00:23:00     Department Stores National Bank/Macy's,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
21309117      +EDI: ATTWIREBK.COM Jul 25 2015 00:28:00     Illinois Bell Telephone Company,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
20850921      +EDI: TSYS2.COM Jul 25 2015 00:23:00     Macy's,   Po Box 183083,   Columbus, OH 43218-3083
20850922      +EDI: TSYS2.COM Jul 25 2015 00:23:00     Macy's Inc.,   9111 Duke Boulevard,
               Mason, OH 45040-8999
23427460       EDI: PRA.COM Jul 25 2015 00:23:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541
20971607       EDI: Q3G.COM Jul 25 2015 00:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
20850937      +E-mail/Text: BKRMailOps@weltman.com Jul 25 2015 00:58:33      Weltman, Weinberg & Reis Co., LPA,
               180 North LaSalle Street, Suite 2400,   Chicago, IL 60601-2704
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2015 at the address(es) listed below:

```
              Mohammed O Badwan    on behalf of Debtor Francisco Gamaliel Bahena, Sr. mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor Francisco Gamaliel Bahena, Sr. ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
              Tom   Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                              TOTAL: 4
```